# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | Case 09-12567 |
| Maura Smith | * | Chapter 11 |
| A/K/A Maura E. Smith | * | |
| Debtor. | * | |

* * * * * * * * * * * * *

## MOTION TO DISMISS

Now comes the Debtor, by her attorneys, Sirody Freiman and Feldman, and in support of this Motion states:

1. Debtor commenced this case by filing a voluntary Chapter 11 petition on February 18, 2009.

2. Debtor no longer desires the protection of the Bankruptcy Court.

**WHEREFORE**, this case should be **DISMISSED.**

Respectfully submitted,

/s/Adam M. Freiman
Adam M. Freiman, # 23047
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208
Attorney for Debtor


/s/ Maura Smith
Maura Smith, Debtor-in-Possession

## CERTIFICATE OF SERVICE

On September 28, 2009, I served a copy of this motion upon all creditors on the creditors matrix via first-class mail, postage prepaid. The US Trustee will be served electronically.

/s/Adam M. Freiman
Adam M. Freiman, # 23047